JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

RODOLFO ULISES GUERRERO MURILLO,

Petitioner,

v.

ACTING OR CURRENT WARDEN ADELANTO ICE PROCESSING CENTER et al.,

Respondents.

Case No. 5:26-cv-05133-DFM

JUDGMENT

Pursuant to the Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Petition for Writ of Habeas Corpus (Dkt. 1), as supplemented (Dkt. 19), is DENIED as to Petitioner's claims that his prolonged detention violates due process and that due process requires a new bond hearing.
2. Petitioner's requests for release, a new bond hearing, declaratory relief, and an evidentiary hearing are DENIED.
3. To the extent the Petition challenges the Immigration Judge's 2025 bond determination on grounds that remain pending before the Board

of Immigration Appeals, those challenges are DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.

4. This action is DISMISSED WITHOUT PREJUDICE to a later petition based on materially extended detention, continued unexplained delay in Petitioner's administrative proceedings, or other materially changed circumstances.

Date: November 13, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge